INDEX # :  **08 CIV 7124**

Date Filed: **August 11, 2008**

Court Date:

**UNITED STATES DISTRICT COURT**
**COUNTY OF NEW YORK**                    **DISTRICT: SOUTHERN DISTRICT OF NEW YORK**

Attorneys:  MARK S. KAUFMAN KAUFMAN & KAHN, LLP   PH: 212-293-5556
Address:   747 THIRD AVENUE, 32ND FLR  NEW YORK  NY  10017-9998   File No.:

*THE HARRY FOX AGENCY, INC.*

*vs*

*Plaintiff(s)/Petitioner(s)*

*THRIVE RECORDS, LLC*

*Defendant(s)/Respondent(s)*

STATE OF NEW YORK, COUNTY OF NEW YORK, SS.:             **AFFIDAVIT OF SERVICE**

_____ IGNACIO GUTIERREZ _____, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in New York State. On ____ August 19, 2008 ____ at ____ 2:13PM ____,

at _____ 940 ORANGE DRIVE, SUITE 135 , HOLLYWOOD, CA 90038 _____, deponent served the within

_____ Summons and Complaint  with Individual Practices of Judge Michael H. _____

_____ Dolinger and Victor Marrero _____

on: _____ **THRIVE RECORDS, LLC** _____, **Defendant** therein named.

#1 INDIVIDUAL   By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.
[ ]

#2   LLC   By delivering thereat a true copy of each to ____ JENNA PLUMER ____ personally, deponent knew the person so served
[X]   to be the ____ AGENT AUTHORIZED ____ of the LLC, and authorized to accept service on behalf of the LLC.

#3 SUITABLE
AGE PERSON   By delivering a true copy of each to _____ _____ a person of suitable age and discretion.
[ ]   Said premises is recipient's: [ ] actual place of business   [ ] dwelling house (usual place of abode) within the state.

#4 AFFIXING
TO DOOR   By affixing a true copy of each to the door of said premises, which is recipient's: [ ] actual place of business   [ ] dwelling house
[ ]   (place of abode) within the state.

Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, having called thereat
on the _____ day of _____ at _____
on the _____ day of _____ at _____
on the _____ day of _____ at _____
Address confirmed by _____

#5 MAIL COPY   On ____ August 20, 2008 ____, deponent completed service by depositing a true copy of each document to the Defendant at
940 ORANGE DRIVE, SUITE 135 , HOLLYWOOD, CA 90038
[X]   in a 1st Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New Yor[ ] and Certified Mail # _____

#6 DESCRIPTION   A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:
[X]
(use with #1, 2 or 3)   Sex: Female   Color of skin: White   Color of hair: Blonde   Age: 20 - 30 Yrs.   Height: 5' 4" - 5' 8"
Weight: 100 - 130 Lbs.   Other Features:

#7 WIT. FEES   the authorized witness fee and / or traveling expenses were paid (tendered) to the recipient.

#8 MILITARY SRVC   Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or of the State of New York and was informed that recipient was not. Recipient wore ordinary civilian clothes and no military uniform.

#9  USE IN NYC
CIVIL COURT   The language required by NYCRR 2900.2 (e), (f) & (h) was set forth on the fact of said summons (es[ ])
[ ]

#10 OTHER
[ ]

D. AZMI
Commission # 1532632
Notary Public - California
Orange County
My Comm. Expires Dec 23, 200[ ]

Sworn to before me on ____ August 20, 2008 ____

D. Azmi        12/23/08

**IGNACIO GUTIERREZ**
Server's Lic #
Invoice/Work Order # 08022326

*SPS-401 B'way-Ste.1201, NY, NY 10013, (P)212-226-3322- (F)212-431-9485 www.sav-onprocess.com*